James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI, BRODY
& AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff Randeep
Singh Khalsa*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Lead Plaintiff Randeep Singh
Khalsa*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDEEP SINGH KHALSA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., JANE ELFERS, and SHEAMUS TOAL,<br><br>Defendants. | Case No. 2:24-cv-01182-EP-CLW<br><br>**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER DATED SEPTEMBER 18, 2024 (Dkt. No. 18)**<br><br><u>**MOTION DATE: November 4, 2024**</u> |

**PLEASE TAKE NOTICE** that Randeep Singh Khalsa ("Lead Plaintiff") respectfully moves this Court for an order vacating paragraph 5 of the Court's Order dated September 18, 2024 (Dkt. No. 18) pursuant to Local Civil Rule 7.1(i) and 15 U.S.C. 78u-4(a)(3)(B)(v).

In support of his motion, Khalsa relies on the memorandum of law filed herewith, and such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

DATED: October 2, 2024

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By:   *s/Donald A. Ecklund*
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email:  cecchi@carellabyrne.com
          decklund@carellabyrne.com
          kcooper@carellabyrne.com

*Liaison Counsel Lead Plaintiff Randeep Singh Khalsa*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Randeep Singh Khalsa*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

1

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 2, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of New Jersey, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2024, at Roseland, New Jersey.

*/s/ Donald A. Ecklund*
Donald A. Ecklund

2