**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RANDEEP SINGH KHALSA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., JANE ELFERS, and SHEAMUS TOAL,<br><br>Defendants. | Case No. 2:24-cv-01182-EP-CLW<br><br>**[PROPOSED] ORDER** |

Having considered the Motion of Randeep Singh Khalsa for Partial Reconsideration the Court's Order Dated September 18, 2024 (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Paragraph 5 of the Court's Order dated September 18, 2024 (Dkt. No. 18, the "Order") which require that counsel re-apply for approval annually is hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2024       _____
                                                                                   HON. EVELYN PADIN
                                                                                   UNITED STATES DISTRICT JUDGE

1